# IN THE SUPREME COURT OF THE STATE OF NEVADA

UNITED HEALTHCARE INSURANCE COMPANY; UNITED HEALTH CARE SERVICES, INC.; UMR, INC.; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC.; AND HEALTH PLAN OF NEVADA, INC.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
    and
FREMONT EMERGENCY SERVICES (MANDAVIA), LTD.; TEAM PHYSICIANS OF NEVADA-MANDAVIA, P.C.; AND CRUM STEFANKO AND JONES, LTD.,
Real Parties in Interest.

No. 83629

FILED

OCT 25 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order denying petitioners' motion to quash trial subpoenas compelling the appearance and testimony of certain out-of-state employees and former employees of petitioners. Petitioners have also filed an emergency motion seeking to stay enforcement of the subpoenas pending

 

our consideration of the writ petition. Real parties in interest have filed an opposition to the stay motion, and petitioners have filed a reply.[1]

Having considered the petition and supporting documentation,[2] we are not convinced that our extraordinary and discretionary intervention is warranted. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.[3]

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

---

[1]Petitioners' motion for leave to file a reply 3 pages in excess of the NRAP 27(d)(2) page limit is granted; the reply was filed on October 24, 2021.

[2]Petitioners' motion to file a portion of the appendix under seal, pursuant to a district court protective order, is granted. SRCR 3(4)(b). The clerk of this court shall file, under seal, appendix volume 2, which was provisionally received in this court on October 19, 2021.

[3]In light of this order, petitioners' emergency motion for stay is denied as moot.

cc: Hon. Nancy L. Allf, District Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC/Las Vegas
McDonald Carano LLP/Las Vegas
Lash & Goldberg LLP/Ft. Lauderdale
Ahmad, Zavistanos, Anaipakos, Alavi & Mensing, P.C./Houston
Eighth District Court Clerk